UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIDGEVIEW HEALTH CARE CENTER LTD., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:09-cv-5601 |
| JERRY CLARK, d/b/a Affordable Digital Hearing, | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF REMOVAL

Defendant Jerry Clark, d/b/a Affordable Digital Hearing, by Vincent A. Lavieri, its attorney, with Gardiner, Koch, Weisberg & Wrona, of counsel, and pursuant to 28 U.S.C. §§1441, 1446 and 1331, files this Notice of Removal of a certain action pending in the Circuit Court of Cook County, Illinois. The grounds for removal are as follows:

1. On May 6, 2009, Plaintiff Bridgeview Health Care Center, Ltd. filed a lawsuit in the Circuit Court of Cook County, Illinois, entitled "*Bridgeview Health Care Center, Ltd. v. Jackie Swiger, d/b/a Affordable Digital Hearing*," which lawsuit was docketed as Case No. No. 09 CH 16503.

2. On May 29, 2009, Plaintiff filed its First Amended Class Action Complaint substituting Defendant as the party defendant.

3. On August 18, 2009, Defendant was served with summons and First Amended Class Action Complaint. A copy of the Alias Summons and First Amended Class Action Complaint is attached hereto as Exhibit "A."

4. Plaintiff seeks recovery for itself and similarly-situated persons for, *inter alia*, an alleged violation of the federal Telephone Consumer Protection Act, 47 U.S.C. §227 (hereinafter "the TCPA"). Plaintiff has also asserted claims under the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2 *et seq.* and for common law conversion.

5. Under the TCPA, a successful plaintiff may recover statutory damages of $500.00 for the transmission of an unsolicited fax advertisement, which damages may be trebled for a wilful violation.

6. Pursuant to 28 U.S.C. §1331, this court has original jurisdiction over Plaintiff's TCPA claim as the same arises under the laws of United States. *See Brill v Countrywide Home Loans. Inc.*, 427 F.3d 446, 451 (7th Cir. 2005).

7. This Notice of Removal has been filed with this court within thirty (30) days following service of summons and complaint.

8. Defendant will, after filing this Notice of Removal, promptly give notice to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois.

**WHEREFORE,** Defendant Jerry Clark, d/b/a Affordable Digital Hearing, requests that the above-described action pending against it in the Circuit Court of Cook County, Illinois, be removed to this court and to grant Defendant such further relief to which he may be entitled.

JERRY CLARK, d/b/a Affordable Digital Hearing

By: /s/ Vincent A. Lavieri
    One of His Attorneys

Vincent A. Lavieri
Gardiner, Koch, Weisberg & Wrona
53 W. Jackson Boulevard; Suite 950
Chicago, IL 60604
1-312-362-0000