# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Bridgeview Health Care Center Ltd.,

Plaintiff(s),

v.

Jerry Clark,

Defendant(s).

Case No. 09cv5601
Judge Maria Valdez

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Bridgeview Health Care Center, Ltd.
and against defendant(s) Jerry Clark
in the amount of $16,000.00 ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☒ tried by Judge Maria Valdez without a jury and the above decision was reached.
☐ decided by Judge Maria Valdez on a motion

Date: 11/21/2014

Thomas G. Bruton, Clerk of Court

Lisa K. Provine, Deputy Clerk